IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING A SEARCH WARRANT FOR <br> (1) QUALITY INN ROOM 247, 2237 SAVANNAH HIGHWAY, CHARLESTON, SC 29407; <br> (2) SILVER 2016 CHEVROLET IMPALA BEARING TEXAS TEMPORARY TAG 20049F9 AND VIN 2G11X5SA6G9122454; AND <br> (3) WHITE 2004 FORD F-250 BEARING SOUTH CAROLINA LICENSE PLATE RWP 822 AND VIN 1FTNW21P94ED55592 | MISC. NO.   2:21-cr-698 |

### AFFIDAVIT IN SUPPORT OF SEARCH WARRANTS

I, Jerome N. De Sheers, a Task Force Officer (TFO) of the Federal Bureau of Investigation, being duly sworn, depose and state that:

## INTRODUCTION

1. I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. I am a TFO with the FBI and have been assigned to the FBI since February of 2015. Affiant has been a sworn law enforcement officer for the North Charleston Police Department ("NCPD") since February of 2008. I was first assigned to the patrol division and patrolled the streets of North Charleston in uniform and a marked police car. In December of 2011, I was assigned to the Investigation Unit of the NCPD. In that role, my duties and responsibilities focused on the investigation of property crimes and violent crimes in the jurisdiction of the City of North Charleston. Since February of 2015, I was assigned to the Charleston FBI Task Force and affiant's duties and responsibilities shifted to investigating violent gangs operating inside and outside the borders of the United States. As a Task Force Officer, I have been trained in various aspects of law enforcement, particularly in general investigation techniques. As a result of my law enforcement experience, I have

1

participated in hundreds of investigations and prosecutions. In connection with those investigations, I have conducted surveillance, executed searches, and secured relevant information using numerous other investigative techniques.

3. I have personally participated in the investigation of the offenses described below. Except where otherwise noted, the information set forth in this Affidavit has been provided to me directly or indirectly by Special Agents of the FBI and other law enforcement officers who have assisted in the investigation. Unless otherwise noted, wherever in this Affidavit I assert that a statement was made, the information was provided by another special agent or law enforcement officer, to whom I have spoken or whose report I have read and reviewed. Such statements are among many statements made by others and are referenced in substance and in part, unless otherwise indicated. Similarly, information resulting from surveillance, except where otherwise indicated, does not necessarily set forth my personal observations but rather may also be observations provided directly or indirectly by, and/or through other Special Agents of FBI or other law enforcement officers who conducted such surveillance.

4. Since this Affidavit is being submitted for the limited purpose of securing authorization for a search warrant for the above-captioned hotel room and vehicles, I have not set forth each and every fact learned during the course of this investigation. I have only set forth the facts and circumstances that I believe are sufficient to establish a foundation for, and justification of, an order authorizing search warrants in the above-captioned matter.

## PROBABLE CAUSE

5. On September 8, 2021, TFO De Sheers was contacted by Tulsa Police Department (TPD) Detective Robbie Bowman in reference to subjects involved with a theft of a motor vehicle, which was used to complete a theft from an Automated Teller Machine (ATM), in Tulsa, Oklahoma. TPD Detective Bowman also advised that a silver **2016 Chevrolet Impala, with Texas temporary license plate bearing the digits "20049F9" (VIN 2G11X5SA6G9122454)** which was used by the suspects in

connection with both crimes, was in Charleston, South Carolina, and was frequenting the area of **2237 Savannah Highway (Quality Inn)**.

6. TPD Detective Bowman advised that he also had information that Andre Omar MARTIN was one of the subjects that was in Charleston, South Carolina with the vehicle, after video surveillance captured Andre Omar MARTIN at Walmart, located at 3951 West Ashley Circle, Charleston, South Carolina, on the morning of September 8, 2021.

7. FBI Special Agents and TFO's conducted a physical surveillance at **2237 Savannah Highway (Quality Inn)** and observed the Chevrolet Impala parked in the parking lot. Multiple subjects were observed going from the vehicle to **Room 247**, which included individuals later confirmed to be Torrence Ramon WHITAKER and Andre Omar MARTIN.

8. Law enforcement continued surveillance on the **Chevrolet Impala**, which travelled through several Charleston area neighborhoods and apartment complexes.

9. In the early morning hours of September 9, 2021, law enforcement officers surveilled the **Chevrolet Impala** to Wildts Battery Boulevard, Johns Island, South Carolina, where an individual exited the **Chevrolet Impala** and proceeded to steal a white **2004 Ford F-250, with South Carolina license plate bearing the digits "RWP822" (VIN 1FTNW21P94ED55592)**. The vehicle was taken from Wildts Battery Boulevard, but was then parked a short distance away on Towne Street.

10. The **Chevrolet Impala** was then surveilled back to the **Quality Inn** where the occupants returned to **Room 247**. After approximately one hour, the occupants, including Torrence Ramon WHITAKER and Andre Omar MARTIN exited **Room 247**, carrying items to the trunk of the **Chevrolet Impala** before going back to the location where the **Ford F-250** was parked.

11. After the **Chevrolet Impala** returned to the **Ford F-250**, the co-conspirators then began to hook chains to the rear of the **Ford F-250** and a short time later both vehicles left the location where the **Ford F-250** was parked. The **F-250** left the area and went directly to the Chase ATM located at 2770 Maybank Highway, Charleston, South Carolina. The **Ford F-250** backed up to the ATM when three individuals used crow bars, chain, and hooks to remove the housing of the ATM, exposing the safe.

12. Law enforcement arrived at the Chase ATM and attempted to take all co-conspirators into custody, however three subjects fled on foot. A fourth subject from the **Ford F-250**, Andre Omar MARTIN, was apprehended from inside the bed of the pickup truck after fighting with the law enforcement.

13. A traffic stop was conducted on the **Chevrolet Impala** after it left the **Ford F-250** and drove past the Chase ATM while officers were attempting to apprehend the occupants of the **Ford F-250**. The driver and sole occupant of the **Chevrolet Impala** at that time was Torrence Ramon WHITAKER.

14. Chase Bank security reported to the Charleston Police Department Detective Kevin Mapp that $15,880 in U.S. Currency was contained in the ATM.

15. Staff members for **Quality Inn** advised law enforcement that Torrence Ramon WHITAKER was the person whose name was registered to **Room 247** and was set to check out by 11:00 A.M. on September 9, 2021.

## CONCLUSION

WHEREFORE, I respectfully submit that there is probable cause to believe that the hotel room located at **2237 Savannah Highway, Room 247, Charleston, South Carolina; the 2016 Chevrolet Impala, Texas Temporary Tag 20049F9, VIN 2G11X5SA6G9122454; and the 2004 Ford F-250, South Carolina License Plate RWP822, VIN 1FTNW21P94ED55592**, will contain additional evidence of conspiracy to commit theft from a financial institution and identifiable information of co-conspirators.

Assistant United States Attorney Nick Bianchi has reviewed this affidavit.

_____
JEROME DE SHEERS
FBI TASK FORCE OFFICER

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 9th day of September, 2021, at approximately 1:15 p.m.

_____
MOLLY H CHERRY
UNITED STATES MAGISTRATE JUDGE

4